# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAYNELLE BURTON, JAYRECE TURNBULL, CELESTINE BELSIJGT-WALTERS,**

        **Plaintiffs,**

**-vs-**                                           **Case No. 6:10-cv-647-Orl-28DAB**

**THE ARBORS AT MAITLAND SUMMIT, ZOM RESIDENTIAL SERVICES, INC., CITY WRECKAGE TOWING AND OR SERVICES, MAITLAND POLICE DEPARTMENT,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 3) filed April 26, 2010. The United States Magistrate Judge has submitted a Report recommending that the motion be denied.

After a review of the record in this matter, including the Objection (Doc. 8) thereto filed by Plaintiff Jaynelle Burton, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 12, 2010 (Doc. No. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 3) is **DENIED**. Plaintiff Burton shall pay the required filing fee within fourteen (14) days from the date of this Order. If she fails to do so, this action shall be dismissed.

**DONE** and **ORDERED** in Orlando, Florida this 29th day of June, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party